UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Pamela Dorsett v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10987-DRH |
| *Erica Marie Haas v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11128-DRH |
| *Ashley Joanna Hicks v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10048-DRH |
| *Joy Irby v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10731-DRH |
| *Kathryn McArdle v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10724-DRH |
| *Penelope Nelson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10366-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 4, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

BY: ___/s/*Caitlin Fischer*___
**Deputy Clerk**

APPROVED:

Digitally signed by David R. Herndon
Date: 2015.09.08 13:15:53 -05'00'

DISTRICT JUDGE
U. S. DISTRICT COURT